IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00304-WJM-KLM

ADVANCED CAREER TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

JOHN DOES 1-10, all whose true names are unknown,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Status Report and Motion for Leave to Amend Complaint** [#23] (the "Motion").

    IT IS HEREBY **ORDERED** that, pursuant to Fed. R. Civ. P. 15(a)(1) or (2), the Motion [#23] is **GRANTED**. If Fed. R. Civ. P. 15(a)(1) does not apply because the original Complaint has not been "served," and therefore the time limits "after service" are not applicable, the Court grants leave to amend under Fed. R. Civ. P. 15(a)(2), on the grounds that "the court should freely give leave when justice so requires." The Clerk of Court shall accept Plaintiff's Verified Amended Complaint and Jury Demand [#23-1] for filing as of March 25, 2014.

    Dated: April 2, 2014