### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 13-cv-0304-WJM-KLM

ADVANCED CAREER TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

JOHN DOES 1-10,

    Defendants.

---

### ORDER GRANTING MOTION TO DISMISS

---

This matter comes before the Court on the Plaintiff's Motion to Dismiss, filed February 23, 2015. (ECF No. 42). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED. The above-captioned action is DISMISSED WITHOUT PREJUDICE. Each party shall pay its or their own attorney's fees and costs.

Dated this 23rd day of February, 2015.

                                              BY THE COURT:

                                              William J. Martínez
                                              United States District Judge