IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00304-WJM-KLM

ADVANCED CAREER TECHNOLOGIES, INC., a Delaware corporation,

      Plaintiff,

v.

JOHN DOES 1-10, all whose true names are unknown, and
DANIEL DRASIN, an individual,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant Daniel Drasin's **Motion for Examination of Judgment Debtor Advanced Career Technologies, Inc.'s Corporate Representative in Aid of Enforcement** [#53] (the "Motion"). Defendant Daniel Drasin seeks an order requiring a corporate representative of Plaintiff to appear for a Rule 69 examination in connection with the Judgment Awarding Attorney's Fees [#52], and to produce at or before the examination a number of documents relating to Plaintiff's assets. Plaintiff requested a thirty-day extension of time in which to respond to the Motion. *First Motion for Extension of Time* [#55]. The Court granted this request, permitting Plaintiff to file a Response to the Motion [#53] no later than October 4, 2015. However, to date Plaintiff has not filed a Response, and therefore the Court considers the Motion [#53] to be essentially unopposed. *See Walter v. HSM Receivables*, No. 13-cv-00564-RM-KLM, 2014 WL 5395197, at *1 (D. Colo. Oct. 23, 2014).

      IT IS HEREBY **ORDERED** that the Motion [#53] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that, **on or before October 15, 2015**, counsel for Plaintiff and Defendant Daniel Drasin shall jointly call Chambers at **303-335-2770** in order to set a Rule 69 Judgment Debtor examination at mutually-convenient date and time.

      IT IS FURTHER **ORDERED** that, **on or before October 29, 2015**, Plaintiff shall produce to Defendant Drasin the following:

      a. A true and correct copy of any and all federal, state and/or local tax

returns filed by or on behalf of ACT for each of the years 2012, 2013 and 2014, including all schedules thereto;

b.  A true and correct copy of any and all IRS Form W-2s and or Form 1099s issued to ACT for each of the years 2012, 2013 and 2014;

c.  A true and correct copy of all ACT profit/loss statements and balance sheets from 2012 to date;

d.  A true and correct list of all inventory currently in the possession of ACT;

e.  A true and correct copy of any and all statements of funds held in the name of, or for the benefit of ACT, whether or not the funds are held for the benefit of any other person or entity;

f.  A true and correct copy of any and all bank statements of any and all accounts held in the name of, or for the benefit of ACT since January 1, 2012;

g.  A true and correct copy of any and all statements of funds held in the name of ACT jointly with any other person or entity as of January 1, 2012, whether or not the funds are held for the benefit of any other person or entity, including any statement from any bank account;

h.  Original title to any and all personal property owned in whole or in part by ACT;

i.  A true and correct copy of any and all existing agreements, and documents relating to such agreements, between any entity or individual and ACT, including any correspondence between ACT and the contracted party since January 1, 2012;

j.  A true and correct copy of any document that shows ACT's present interest in any public or non-public entity, including any shares of stock (however held, including in any retirement or pension plan);

k.  A list of all names ACT conducts any business under;

l.  A list of all entities ACT has an interest in;

m.  A list of all affiliates of or related companies to ACT;

n.  A corporate organizational tree;

o.  A list of all ACT's officers and shareholders;

p.  A list of any and all insurance policies that may provide coverage;

q.  A true and correct copy of any and all deeds to any real estate owned by ACT;

r.  A true and correct copy of any judgment against ACT not paid in full by the date of the examination;

s.  A true and correct copy of any and all guaranty agreements signed by ACT and in effect at the time of the examination;

t.  A true and correct copy of any and all transfers of title to any realty or personal property prepared or executed by ACT; and

u.  A true and correct copy of any and all documents not described above that show any transfer of funds or any other thing of value by ACT.

Dated:  October 8, 2015